**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

AMBER DANIEL

Plaintiff,

v. Case No. 3:26-CV-01605-JEP-SJH

EQUIFAX INFORMATION SERVICES, LLC
Defendant.

---

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.07(c), I certify that the instant action:

_____ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

______________________________________________________
______________________________________________________
______________________________________________________
______________________________________________________

__X__ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated: June 25, 2026

/s/ Cortney Walters__________
Cortney E. Walters, Esq
2719 Hollywood Blvd, Suite A-1209
Hollywood, FL 33020
(954)-874-8022

## CERTIFICATE OF SERVICE

I certify that on June 25, 2026 I electronically filed the foregoing document(s) with the Clerk of the Court using the CM/ECF, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.

/s/ Cortney Walters, Esq.
CORTNEY WALTERS, Esq