**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**

| | |
|---|---|
| **AMBER DANIEL** | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No: 3:26-cv-1605-JEP-SJH** |
| | ) |
| **EQUIFAX INFORMATION SERVICES, LLC** | ) |
| | ) |
| **Defendant,** | ) |
| | ) |

---

## NOTICE OF SETTLEMENT

---

PLEASE TAKE NOTICE that Plaintiff represents that Plaintiff and Defendant herein have reached a settlement agreement that will resolve all claims in this action. Following execution of the agreement, Plaintiff will promptly file a stipulation of dismissal. Accordingly, Plaintiff requests that all deadlines and proceedings in this action be stayed pending the execution of the parties' agreement.

Date: September 23, 2026

**The Law Office of Cortney E. Walters, PLLC**
2719 Hollywood Blvd., A-1969
Hollywood, FL 33020
/s/ Cortney Walters, Esq.
CORTNEY WALTERS, Esq
Florida Bar no. 125159
Pleadings@cewlawoffice.com
(954) 874-8022

## CERTIFICATE OF SERVICE

I certify that on September 23, 2026, I electronically filed the foregoing document(s) with the Clerk of the Court using the CM/ECF, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system.

/s/ Cortney Walters, Esq.
CORTNEY WALTERS, Esq